IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

```
SOUTHERN DISTRICT OF MISSISSIPPI
          FILED
       OCT - 6 2020
       ARTHUR JOHNSTON
BY _____ DEPUTY
```

UNITED STATES OF AMERICA

v.                                              CRIMINAL NO. 1:20cr95-HSO-JCG

KENDRELL O'MARS SHEPPARD                        18 U.S.C. § 922(g)(1)
                                                18 U.S.C. § 922(g)(3)

**The Grand Jury charges:**

COUNT 1

On or about May 11, 2020, in Harrison County in the Southern Division of the Southern District of Mississippi and elsewhere, the defendant, **KENDRELL O'MARS SHEPPARD**, having previously been convicted of a crime punishable by imprisonment for a term exceeding one year and knowing that he had been convicted of such a crime, did knowingly possess a firearm which had been shipped and transported in interstate commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

COUNT 2

On or about May 11, 2020, in Harrison County in the Southern Division of the Southern District of Mississippi and elsewhere, the defendant, **KENDRELL O'MARS SHEPPARD**, knowing he was an unlawful user of a controlled substance, as defined in Title 21, United States Code, Section 802, did knowingly possess a firearm which had been shipped and transported in interstate commerce.

In violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

**NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE**

As a result of committing the offense as alleged in this Indictment, the defendant shall forfeit to the United States all property involved in or traceable to property involved in the offense, including but not limited to all proceeds obtained directly or indirectly from the offense, and all property used to facilitate the offense.

The grand jury has determined that probable cause exists to believe that the following property is subject to forfeiture as a result of the offense alleged in this indictment:

 A. One (1) Smith & Wesson, model SW40VE, 40 caliber pistol, serial number DTJ0056,
 B. One (1) Smith & Wesson, model M&P Bodyguard, 380 caliber pistol, serial number KBY2450;
 C. Two (2) magazines, and
 D. Any ammunition seized.

Further, if any property described above, as a result of any act or omission of the defendant: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the Court; (d) has been substantially diminished in value; or (e) has been commingled with other property, which cannot be divided without difficulty, then it is the intent of the United States to seek a judgment of forfeiture of any other property of the defendant, up to the value of the property described in this notice or any bill of particulars supporting it.

All pursuant to Title 18, United States Code, Section 924(d)(1); and Title 28, United States Code, Section 2461.

*Warren La Marca for*
D. MICHAEL HURST, JR.
United States Attorney

A TRUE BILL:

s/signature redacted
Foreperson of the Grand Jury

This Indictment was returned in open court by the foreperson or deputy foreperson of the Grand Jury on this the 6th day of October, 2020.

UNITED STATES MAGISTRATE JUDGE

2

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 1:20cr95-HSO-JCG

KENDRELL O'MARS SHEPPARD

NOTICE OF MAXIMUM PENALTY

Count 1: Possession of Firearm(s) by Convicted Felon
18 U.S.C. § 922(g)(1)

- Not more than ten (10) years of imprisonment
- Not more than a $250,000 fine
- Not more than three (3) years supervised release
- $100 special assessment
- Unless Armed Career Criminal then – NLT 15 years to life and/or $250,000; NMT 5 years supervised release; $100 special assessment

Count 2: Unlawful User of Controlled Substance in Possession of Firearms
18 U.S.C. § 922(g)(3)

- Not more than ten (10) years of imprisonment
- Not more than a $250,000 fine
- Not more than three (3) years supervised release
- $100 special assessment
- Unless Armed Career Criminal then – NLT 15 years to life and/or $250,000; NMT 5 years supervised release; $100 special assessment