IN THE DISTRICT COURT OF THE UNITED STATES
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISON

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> vs. ) <br> ) <br> ) <br> KENDRELL OMAR'S SHEPPARD ) <br> ) <br> _____ ) | Case No.: 2:21-CR-00737-MHC <br><br> **GOVERNMENT'S MOTION** <br> **TO REVOKE BOND** |

The Government, by and through its undersigned counsel and pursuant to 18 U.S.C. § 3148, moves this Court to issue a warrant for the Defendant's arrest, revoke the Defendant's Pretrial Release, and Forfeit the Defendant's Bond.  For the reasons set forth below, the Government submits that this motion should be granted.

1. On November 3, 2021, the Defendant appeared before U.S. Magistrate Judge Molly H. Cherry in the U.S. District Court for the District of South Carolina.

2. At that time, Magistrate Judge Cherry granted the Defendant pretrial release on an unsecured bond.  As a condition of his release, Defendant was directed to appear in court as required.

3. On November 3, 2021, Magistrate Judge Cherry also issued an Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail.  Within this order, Magistrate Judge Cherry specifically directed the Defendant to appear in the Southern District of Mississippi for Arraignment on November 9, 2021, at 9:30 a.m.

4. Prior to November 9, 2021, the Defendant's pretrial services officer in South Carolina also communicated with him regarding his required appearance in the Southern District of Mississippi, on November 9, 2021.

5.   On November 9, 2021, the Defendant's case was called for arraignment before U.S. Magistrate Judge Robert P. Myers in the Southern District of Mississippi. The Defendant was not present in the courthouse and did not appear.

6.   Instead, the Defendant's location monitoring indicated that he had not left South Carolina.

7.   Defendant has violated the terms and conditions of his pretrial release by failing to appear as required.

Accordingly, the Government requests that the Court issue a warrant for the Defendant's arrest, revoke his pretrial release, and order that his bond be forfeited.

Respectfully submitted,

M. RHETT DEHART
ACTING UNITED STATES ATTORNEY

By: /s/ *Whit Sowards*
Whit Sowards (#11844)
Assistant United States Attorney
151 Meeting Street, Suite 200
Charleston, South Carolina 29401
843-266-1678
john.sowards@usdoj.gov

November 15, 2021